**90-1030.** Grover v. Eli Lilly & Co. Certified Question of State Law, No. C–843. Reported at 63 Ohio St.3d 756, 591 N.E.2d 696. On motion for rehearing. Rehearing denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91-15.** State ex rel. Koch v. Indus. Comm. *Franklin County,* No. 89AP–867. Reported at 63 Ohio St.3d 747, 591 N.E.2d 238. On motion for rehearing. Rehearing denied.

**91-1336.** Bobersky v. Youngstown. *Mahoning County,* No. 90 C.A. 52. Reported at 63 Ohio St.3d 1215, 591 N.E.2d 714. On motion for rehearing. Rehearing denied.

MOYER, C.J., DOUGLAS and H. BROWN, JJ., dissent.

**91-1723.** State ex rel. Greene v. Enright. *Franklin County,* No. 91AP–37. Reported at 63 Ohio St.3d 729, 590 N.E.2d 1257. On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.

**91-1796.** State v. Cerveniak. *Lorain County,* No. 90CA004860. Reported at 62 Ohio St.3d 1437, 579 N.E.2d 211. On motion for rehearing. Rehearing denied.

**91-2331.** State v. Frazier. *Medina County,* No. 1983. Reported at 63 Ohio St.3d 1458, 590 N.E.2d 752. On motion for rehearing. Rehearing denied.

**92-406.** Thomas v. Martin. *Hamilton County,* No. C–910033. Reported at 63 Ohio St.3d 1474, 591 N.E.2d 244. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

**92-436.** State v. Hengehold. *Hamilton County,* No. C–910143. Reported at 63 Ohio St.3d 1472, 591 N.E.2d 242. On motion for rehearing. Rehearing denied.

## MISCELLANEOUS DISMISSALS

**90-1489.** State ex rel. Mulryan v. Watson. *Clermont County,* No. 90CA003023. *Sua sponte,* cause dismissed for want of prosecution, effective July 9, 1992.

### *Wednesday, July 15, 1992*
## MOTION DOCKET

**90-291.** State v. Durr. *Cuyahoga County,* No. 57140. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.